UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CAPITALSOURCE FINANCE LLC** | * |
| | * |
|     **Plaintiff/Counter-Defendant** | * |
| | * |
| v. | *   Case No. 8:06-CV-02028-AW |
| | * |
| **PITTSFIELD WEAVING COMPANY, INC. et al.** | * |
| | * |
|     **Defendants/Counter-Plaintiffs** | * |

**DEFENDANTS' MOTION FOR REDUCTION
OF TIME TO FILE RESPONSE TO MOTION FOR
RULE 54(b) CERTIFICATION**

Defendants Gilbert Bleckmann and Susan Bleckmann, by and through their attorneys Christopher L. Hamlin and McNamee Hosea Jernigan Kim Greenan & Walker, P.A., hereby request that the time permitted to respond to their Motion for Rule 54(b) Certification be reduced, pursuant to Rules 6 and 54 of the Federal Rules of Civil Procedure ["F.R.Civ.P."], and for cause states as follows:

1.  Defendants Gilbert Bleckmann and Susan Bleckmann [the "Defendants"] filed a Motion for Rule 54(b) Certification of Order Dated December 11, 2006 [the "Motion"], concurrently with the filing of this Motion for Reduction of Time. The time permitted for filing a response to the Motion will expire on January 8, 2007.

2.  The time permitted for noting an appeal of the Court's (Williams, J.) Order dated December 11, 2006 will expire on January 10, 2007.

3.  As a result, cause exists to reduce the time permitted for filling responses to the Motion to five (5) days.

4.  This reduction in the time permitted to respond will allow sufficient time for the Court to issue a ruling on the Motion prior to the expiration of the time permitted for nothing an

appeal. Defendants request that the time permitted to respond be reduced accordingly.

**WHEREFORE**, Defendants/Counter-Plaintiffs Gilbert Bleckmann and Susan Bleckmann respectfully request that this Honorable Court:

A.   **ORDER** that the time permitted for filing responses to the Motion for Rule 54(b) Certification of Order Dated December 11, 2006 be reduced to five (5) days, and that December 29, 2006 be set as the deadline for filing such responses; and

B.   **ORDER** such other and further relief as this action may require.

        Respectfully submitted,

        **MCNAMEE HOSEA JERNIGAN KIM GREENAN & WALKER, P.A.**

        **/s/ Christopher L. Hamlin**
        Christopher L. Hamlin, Esquire (Fed. Bar No. 04597)
        6411 Ivy Lane, Suite 200
        Greenbelt, Maryland  20770
        (301) 441-2420 (telephone)
        (301) 982-9450 (facsimile)

        Attorney for Defendants/Counter-Plaintiffs
        Gilbert Bleckmann and Susan Bleckmann

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **21st day of November, 2006**, a copy of the foregoing Defendants' Motion for Order Reducing Time Permitted to File Response to Motion for Rule 54(b) Certification, was mailed, by first class mail, postage prepaid, and served electronically to those persons and entities entitled to receive Notice of Electronic Filing in this case, including the following:

Kenneth J. Ottaviano, Esquire
John E. Zummo, Esquire
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661

Brian H. Corcoran, Esquire
Justin L. Krieger, Esquire
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
West Lobby: Suite 700
Washington, D.C. 20007

William S. Gannon, Esquire
William S. Gannon, PLLC
889 Elm Street, 4th Floor
Manchester New Hampshire  03101

/s/ Christopher L. Hamlin
Christopher L. Hamlin