UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CAPITALSOURCE FINANCE LLC** | \* |
| | \* |
| Plaintiff/Counter-Defendant | \* |
| | \* |
| v. | \*   Case No.  8:06-CV-02028-AW |
| | \* |
| **PITTSFIELD WEAVING COMPANY, INC.** et al. | \* |
| | \* |
| Defendants/Counter-Plaintiffs | \* |

**DEFENDANTS' MOTION FOR REDUCTION
OF TIME TO FILE RESPONSE TO MOTION FOR
STAY OF PROCEEDINGS**

Defendants Gilbert Bleckmann and Susan Bleckmann, by and through their attorneys Christopher L. Hamlin and McNamee Hosea Jernigan Kim Greenan & Walker, P.A., hereby request that the time permitted to respond to their Motion for Stay of Proceedings be reduced pursuant to Rule 6 of the Federal Rules of Civil Procedure ["F.R.Civ.P."], and for cause state as follows:

1.  Defendants Gilbert Bleckmann and Susan Bleckmann [the "Defendants"] filed a Motion for Stay of Proceedings [the "Motion"], concurrently with the filing of this Motion for Reduction of Time. The time permitted for filing a response to the Motion will expire on January 15, 2007.

2.  Pursuant to the Court's Scheduling Order, discovery is to be completed by January 16, 2007.

3.  As set forth in the Motion, Defendants submit that discovery cannot be effectively completed, and more generally, the issues in this case cannot be fully adjudicated, without the participation of Defendant/Counter-Plaintiff Pittsfield Weaving, Co., Inc., as an active litigant in this case.

4. Depositions of the Plaintiff and Defendants are currently scheduled for January 15, 2007. Should the Court grant the stay, the depositions at this time will be unnecessary. Moreover, Defendants maintain that the depositions, if conducted without Pittsfield's information, will necessarily be incomplete. Plaintiff seeks information regarding Pittsfield as part of its discovery. Further, Defendants maintain that such information is necessary for its defense of Plaintiff's claims.

5. The proceedings should therefore be stayed until Pittsfield may become an active party in this case.

6. Based upon the foregoing, cause exists to reduce the time permitted for filing responses to the Motion to eleven (11) days.

7. This reduction of time permitted to respond will allow sufficient time for the Court to issue a ruling on the Motion prior to the expiration of the time permitted for completing discovery. Defendants request that the time permitted to respond be reduced accordingly.

**WHEREFORE**, Defendants/Counter-Plaintiffs Gilbert Bleckmann and Susan Bleckmann respectfully request that this Honorable Court:

A. **ORDER** that the time permitted for filing responses to the Motion for Stay Proceedings be reduced to eleven (11) days, and that January 9, 2007 be set as the deadline for filing such responses; and

B. **ORDER** such other and further relief as this action may require.

G:\CLH\Pittsfield Waiving Co\Motion for Reduction of Time to File Response to Motion for Stay of Proceedings 12-29-06.doc

2

        Respectfully submitted,

        **MCNAMEE HOSEA JERNIGAN KIM GREENAN & WALKER, P.A.**

        **/s/ Christopher L. Hamlin**

        Christopher L. Hamlin, Esquire (Fed. Bar No. 04597)
        6411 Ivy Lane, Suite 200
        Greenbelt, Maryland  20770
        (301) 441-2420 (telephone)
        (301) 982-9450 (facsimile)

        Attorney for Defendants/Counter-Plaintiffs
        Gilbert Bleckmann and Susan Bleckmann

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **29th day of December, 2006**, a copy of the foregoing Defendants' Motion for Order Reducing Time Permitted to File Response to Motion for Stay of Proceedings, was mailed, by first class mail, postage prepaid, and served electronically to those persons and entities entitled to receive Notice of Electronic Filing in this case, including the following:

Kenneth J. Ottaviano, Esquire
John E. Zummo, Esquire
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661

Brian H. Corcoran, Esquire
Justin L. Krieger, Esquire
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
West Lobby: Suite 700
Washington, D.C. 20007

William S. Gannon, Esquire
William S. Gannon, PLLC
889 Elm Street, 4th Floor
Manchester New Hampshire  03101

                                             **/s/ Christopher L. Hamlin**
                                             Christopher L. Hamlin