UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CAPITALSOURCE FINANCE LLC** | * |
| | * |
| Plaintiff/Counter-Defendant | * |
| | * |
| v. | *   Case No.  8:06-CV-02028-AW |
| | * |
| **PITTSFIELD WEAVING COMPANY, INC. <u>et</u> <u>al</u>.** | * |
| | * |
| Defendants/Counter-Plaintiffs | * |
| | * |

<u>**ORDER**</u>

**UPON CONSIDERATION** of the Motion for Reduction of Time Permitted for Filing Responses to the Motion for Stay of Proceedings, and any response thereto, and this Court having found that just and sufficient cause exists for granting the relief requested therein, it is, by the United States District Court for the District of Maryland hereby,

**ORDERED**, that the time permitted for filing responses to the Motion be and is reduced to eleven (11) days and that such responses must be filed on or before January 9, 2007.

_____
Judge Alexander Williams, Jr.
United States District Court Judge
for the District of Maryland

Copies to:

Kenneth J. Ottaviano, Esquire
John E. Zummo, Esquire
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661

Brian H. Corcoran, Esquire
Justin L. Krieger, Esquire
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
West Lobby: Suite 700
Washington, D.C. 20007

William S. Gannon, Esquire
William S. Gannon, PLLC
889 Elm Street, 4th Floor
Manchester New Hampshire  03101

Christopher L. Hamlin, Esquire
McNamee Hosea, et al.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland  20770